UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H., et. al., <br><br> Plaintiff, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Civil Action No. **2:20-cv-11294-KM-JBC** <br><br> **NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Parties of Record:

Please enter my appearance for Defendant, Omegle.com, LLC, in the above-captioned matter.

I hereby certify that I am a member in good standing of the Bar of this Court.

**TRIMBOLI & PRUSINOWSKI, LLC**

s/*James Prusinowski*
James T. Prusinowski, Esq.(JP0729)
jprusinowski@trimprulaw.com
268 South Street
Morristown, NJ 07960
Tel. (973) 660-1095
Fax (973) 349-1307
*Attorneys for Defendant*

Dated: October 20, 2020