**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| M.H., et. al., | : |
| | : |
| | : **Civil Action No. 2:20-cv-1129-KM-JBC** |
| Plaintiff, | : |
| | : |
| v. | : **STIPULATION EXTENDING TIME** |
| | :   **TO RESPOND TO COMPLAINT** |
| OMEGLE.COM, LLC, | : |
| | : |
| | : |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant, Omegle.com, may move, answer, or otherwise respond to the Complaint is hereby extended up to and including November 20, 2020.

There has been no previous request for extension of time in connection with this matter.

| **TRIMBOLI & PRUSINOWSKI, LLC** | **HACH ROSE SCHIRRIPA & CHEVERIE, LLP** |
|---|---|
| s/*James Prusinowski* | s/*Hillary Nappi* |
| James T. Prusinowski, Esq. (JP0729) | Hillary Nappi, Esq. |
| jprusinowski@trimprulaw.com | hnappi@hrsclaw.com |
| 268 South Street | 112 Madison Avenue, 10th Floor |
| Morristown, NJ 07960 | New York, NY 10016 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

Dated: October 20, 2020