UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H., et. al., <br><br> Plaintiff, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Civil Action No. 2:20-cv-11294-KM-JBC <br><br> STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT <br><br> SO ORDERED <br> s/James B. Clark <br> James B. Clark, U. <br> Date: 10/21/2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant, Omegle.com, may move, answer, or otherwise respond to the Complaint is hereby extended up to and including November 20, 2020.

There has been no previous request for extension of time in connection with this matter.

| **TRIMBOLI & PRUSINOWSKI, LLC** | **HACH ROSE SCHIRRIPA & CHEVERIE, LLP** |
|---|---|
| s/James Prusinowski <br> James T. Prusinowski, Esq. (JP0729) <br> jprusinowski@trimprulaw.com <br> 268 South Street <br> Morristown, NJ 07960 <br> *Attorneys for Defendant* | s/Hillary Nappi <br> Hillary Nappi, Esq. <br> hnappi@hrsclaw.com <br> 112 Madison Avenue, 10th Floor <br> New York, NY 10016 <br> *Attorneys for Plaintiff* |

Dated: October 20, 2020