UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H., et. al,<br><br>Plaintiffs,<br><br>v.<br><br>Omegle.com, LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-11294-KM-JBC<br><br>**ORDER FOR**<br>***PRO HAC VICE* ADMISSION OF**<br>**VENKAT BALASUBRAMANI, ESQ.**<br>**AND STACIA N. LAY, ESQ.** |

This matter being opened to the court by James T. Prusinowski, a New Jersey attorney and the attorney of record for Defendant Omegle.com, LLC to permit Venkat Balasubramani, Esq., licensed attorney in good standing in the States of Washington, California and Oregon, and Stacia N. Lay, Esq., licensed attorney in good standing in the State of Washington, to participate with other counsel for Defendant in all phases of the case, and it appearing Venkat Balasubramani and Stacia N. Lay have been attorneys for Defendant in the preparation of its defense, and the Court having reviewed the foregoing submissions;

It is on this 19th day of November 2020, hereby

**ORDERED** that Venkat Balasubramani, Esq., member of the Bar in the States of Washington, California and Oregon, be and hereby is permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c) of

1

the United States District Court for the District of New Jersey; and

**ORDERED** that Stacia N. Lay, Esq., a member of the Bar in the State of Washington, be and hereby is permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; provided:

1. Venkat Balasubramani and Stacia N. Lay shall abide by the New Jersey Court Rules including all disciplinary rules.

2. Venkat Balasubramani and Stacia N. Lay shall, and hereby do, consent to the appointment of the Clerk of the Superior Court as their respective agent upon whom service of process may be made for all actions against Venkat Balasubramani and Stacia N. Lay that may arise out of either of their participation in the matter.

3. Venkat Balasubramani and Stacia N. Lay shall immediately notify the court of any matter affecting either of their standing at the Bar of any other jurisdiction.

4. Venkat Balasubramani and Stacia N. Lay shall have all pleadings, briefs and other papers filed with the court signed by, James T. Prusinowski, Esq., attorney of record authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorneys admitted herein.

5. Venkat Balasubramani and Stacia N. Lay cannot be designated as trial counsel.

6. No discovery, motion, trial or any other proceeding delay shall occur or be requested by reason of the inability of Venkat Balasubramani or Stacia N. Lay to be in attendance.

7. Venkat Balasubramani and Stacia N. Lay must, within ten (10) days, confirm each of their fees required by their admission, are up-to-date and submit an affidavit of compliance.

8. *Pro hac vice* admissions will automatically terminate for failure to make the initial and any annual payment required by Venkat Balasubramani and Stacia N. Lay.

9. Non-compliance with any of the terms of this order shall constitute grounds for removal.

**IT IS FURTHER ORDERED** that a copy of this order shall be served on all parties within seven (7) days of the date hereof.

Dated: 11/16/2020

Hon. Kevin McNulty, U.S.D.J.

Hon. James B. Clark, III, USMJ