**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| M.H., et. al,<br><br>  Plaintiffs,<br><br>  v.<br><br>Omegle.com, LLC,<br><br>  Defendant. | Civil Action No. 2:20-cv-11294-KM-JBC<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The admission has been granted; and

3. The admission fee in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: November 18, 2020        s/James Prusinowski
                                                    James T. Prusinowski (0729)
                                                    jprusinowski@trimprulaw.com
                                                    **TRIMBOLI & PRUSINOWSKI, LLC**
                                                    268 South Street
                                                    Morristown, NJ 07960
                                                    Tel: 973-660-1095
                                                    Fax: 973-349-1307
                                                    *Attorneys for Defendant*

PRO HAC VICE ATTORNEY INFORMATION:

Stacia N. Lay, Esq.
stacia@focallaw.com
focal PLLC
900 1st Avenue
Suite 201
Seattle, WA 98134