# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 2:20-cv-11294-KM-JBC<br><br>**DEFENDANT OMEGLE.COM, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6)**<br><br>Motion Return Date: December 21, 2020 |

**PLEASE TAKE NOTICE** that on December 21, 2020, or as soon thereafter as counsel may be heard, Defendant Omegle.com, LLC ("Omegle") shall move before the Honorable Kevin McNulty, United States District Judge, at the United States District Court, District of New Jersey, the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room PO 04, Newark, New Jersey, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against Omegle in the Complaint (Dkt. 1) filed in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Omegle shall rely on its Memorandum in Support of its Motion to Dismiss Plaintiffs' Complaint Pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(6), and the accompanying Declaration of Leif K-Brooks and exhibits in support. A proposed

form of order granting the relief sought in the Motion to Dismiss is also submitted herewith.

Respectfully submitted this 20th day of November, 2020, by:

| **Trimboli & Prusinowski, LLC** | **Focal PLLC** |
|---|---|
| s/ *James T. Prusinowski* | s/*Stacia N. Lay* |
| James T. Prusinowski (JP0729) | Stacia N. Lay (admitted *pro hac vice*) |
| 268 South Street | Venkat Balasubramani (admitted *pro hac vice*) |
| Morristown, NJ 07960 | 900 1st Avenue S., Suite 201 |
| jprusinowski@trimprulaw.com | Seattle, WA 98134 |
| | stacia@focallaw.com |
| | venkat@focallaw.com |

*Attorneys for Defendant OMEGLE.COM, LLC*