# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>OMEGLE.COM, LLC,<br>　　　　　　　　　　Defendant | Case No. 2:20-cv-11294-KM-JBC |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Frank R. Schirripa, Esq. as attorney for the Plaintiffs, the M.H. and J.H, on behalf of their minor child, C.H.., in connection with the above-captioned matter:

Dated: November 20, 2020

　　　　　　　　　　　　　　　　/s/ *Frank R. Schirripa*
　　　　　　　　　　　　　　　Frank R. Schirripa
　　　　　　　　　　　　　　　HACH ROSE SCHIRRIPA & CHEVERIE LLP
　　　　　　　　　　　　　　　112 Madison Avenue, 10th Floor
　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　Tel.: (212) 213-8311
　　　　　　　　　　　　　　　Fax: (212) 779-0057
　　　　　　　　　　　　　　　fschirripa@hrsclaw.com

　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2020, I caused the foregoing **Notice of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ *Frank R. Schirripa*
Frank R. Schirripa