# HACH ROSE SCHIRRIPA & CHEVERIE LLP
ATTORNEYS AT LAW

November 30, 2020

**VIA ECF**

Clerk of the Court
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

      Re:   *M.H. et al v. Omegle.com LLC*
             **Civil Action No. 2:20-cv-11294**

Dear Clerk:

    We represent Plaintiff in the above-referenced action. We write requesting an automatic 14-day extension of an original motion date pursuant to Local Rule 7.1(d)(5).

    On November 20, 2020, Defendant filed a motion to dismiss Plaintiff's complaint in the above-referenced action. The current motion day for Defendant's motion is December 21, 2020, with Plaintiff's opposition papers due on December 7, 2020. This originally-noticed motion day has not previously been extended or adjourned by the Parties. Pursuant to Local Rule 7.1(d)(5), Plaintiff requests that the motion date be moved to January 19, 2021. Thank you.

                                            Sincerely,

                                            Hillary M. Nappi, Esq.

cc: All Counsel of Record (via ECF)