UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| M.H., et. al., | : | |
| | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 2:20-cv-1129-KM-JBC |
| | : | |
| v. | : | STIPULATION EXTENDING TIME |
| | : | TO RESPOND TO MOTION TO |
| OMEGLE.COM, LLC, | : | DISMISS |
| | : | |
| | : | |
| Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the Motion to Dismiss which was filed on November 20, 2020 shall be made returnable on January 19, 2021; and

Plaintiff's opposition papers shall be filed with the Court on January 4, 2021; and

Defendant's Reply, if any, will be filed with the Court on January 12, 2021.

**TRIMBOLI & PRUSINOWSKI, LLC**

James T. Prusinowski, Esq.
(JP0729)
jprusinowski@trimprulaw.com
268 South Street
Morristown, NJ 07960
*Attorneys for Defendant*

Dated: December 10, 2020

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**

Hillary Nappi, Esq.
hnappi@hrsclaw.com
112 Madison Avenue, 10th Floor
New York, NY 10016
*Attorneys for Plaintiff*