UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child, C.H., <br><br>    Plaintiffs, <br><br>    v. <br><br> OMEGLE.COM LLC, <br><br>    Defendant. | Civ. No. 20-11294 (KM) (JBC) <br><br> ORDER |

**THIS MATTER** having come before the Court on the motion to dismiss the Complaint filed by Defendant Omegle.com, LLC (DE 10) for lack of personal jurisdiction, pursuant to Fed. R. Civ P. 12(b)(2), and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the submissions of the parties (DE 10, 15, 16) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 19th day of March 2021,

**ORDERED** that the motion to dismiss for lack of personal jurisdiction (DE 10) is **GRANTED**; and it is further

**ORDERED** that this order will be **STAYED** for 14 days. Within that period, the parties shall by letter state their proposals regarding whether and where to transfer this case to a district where personal jurisdiction can be asserted.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**