# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:20−cv−11294−KM−JBC

M.H. et al. v. OMEGLE.COM LLC  
Assigned to: Judge Kevin McNulty  
Referred to: Magistrate Judge James B. Clark  
Cause: 28:1332 Diversity−Personal Injury  

Date Filed: 08/25/2020  
Date Terminated: 04/05/2021  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

**Plaintiff**

**M. H.** represented by **FRANK ROCCO SCHIRRIPA**  
Hach Rose Schirripa & Cheverie LLP  
185 Madison Avenue  
14th Floor  
NEW YORK, NY 10016  
212−213−8311  
Fax: 212−779−0028  
Email: fschirripa@hrsclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**HILLARY MARA NAPPI**  
HACH ROSE SCHIRRIPA & CHEVERIE LLP  
112 MADISON AVE  
10TH FL  
NEW YORK, NY 10016  
914−356−2611  
Email: hillary.nappi@gmail.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. H.**  
*on behalf of their minor child, C.H.*

represented by **FRANK ROCCO SCHIRRIPA**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**HILLARY MARA NAPPI**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OMEGLE.COM LLC** represented by **JAMES THOMAS PRUSINOWSKI**  
Trimboli & Prusinowski  
268 South Street  
Morristown, NJ 07960  
973−660−1095  
Fax: 973−349−1307

Email: jprusinowski@trimprulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2020 | Ï 1 | COMPLAINT against OMEGLE.COM LLC ( Filing and Admin fee $ 400 receipt number ANJDC–11255722) with JURY DEMAND, filed by M.H. AND J.H., ON BEHALF OF THEIR MINOR CHILD, C.H.. (Attachments: # 1 Civil Cover Sheet)(NAPPI, HILLARY) (Entered: 08/25/2020) |
| 08/25/2020 | Ï | Case assigned to Judge Kevin McNulty and Magistrate Judge James B. Clark. (jr) (Entered: 08/25/2020) |
| 08/25/2020 | Ï 2 | SUMMONS ISSUED as to OMEGLE.COM LLC. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (wh) (Entered: 08/25/2020) |
| 10/20/2020 | Ï 3 | NOTICE of Appearance by JAMES THOMAS PRUSINOWSKI on behalf of All Defendants (PRUSINOWSKI, JAMES) (Entered: 10/20/2020) |
| 10/20/2020 | Ï 4 | STIPULATION re 1 Complaint *Extending time to Answer/Plead* by All Defendants. (PRUSINOWSKI, JAMES) (Entered: 10/20/2020) |
| 10/21/2020 | Ï 5 | STIPULATION AND ORDER extending Defendant Omegle.com's time to move, answer, or otherwise respond to the Complaint up to and including November 20, 2020. Signed by Magistrate Judge James B. Clark on 10/21/20. (jc, ) (Entered: 10/21/2020) |
| 10/21/2020 | Ï | Answer Due Deadline Update – The 4 Stipulation filed by the parties has been GRANTED. The answer due date for OMEGLE.COM LLC has been set for 11/20/2020. (jc, ) (Entered: 10/21/2020) |
| 11/13/2020 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice by All Defendants. (Attachments: # 1 Certification of James T. Prusinowski, # 2 Certification of Venkat Balasubramani, # 3 Certification of Stacia Lay, # 4 Text of Proposed Order)(PRUSINOWSKI, JAMES) (Entered: 11/13/2020) |
| 11/13/2020 | Ï | Set Deadlines as to 6 MOTION for Leave to Appear Pro Hac Vice . Motion set for 12/7/2020 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 11/13/2020) |
| 11/16/2020 | Ï 7 | ORDER granting 6 Motion for Leave to Appear Pro Hac Vice as to Venkat Balasubramani, Esq. and Stacia N. Lay, Esq. etc. Signed by Magistrate Judge James B. Clark on 11/16/2020. (ams, ) Modified on 11/18/2020 (ams, ). (Entered: 11/16/2020) |
| 11/18/2020 | Ï | Pro Hac Vice fee: $ 300, receipt number NEW043773 as to Venkat Balasubrani and Stacia Lay (ams, ) (Entered: 11/18/2020) |
| 11/18/2020 | Ï 8 | Notice of Request by Pro Hac Vice Stacia N. Lay to receive Notices of Electronic Filings. (PRUSINOWSKI, JAMES) (Entered: 11/18/2020) |
| 11/18/2020 | Ï 9 | |

| | | |
|---|---|---|
| | | Notice of Request by Pro Hac Vice Venkat Balasubramani to receive Notices of Electronic Filings. (PRUSINOWSKI, JAMES) (Entered: 11/18/2020) |
| 11/18/2020 | Ï | Pro Hac Vice counsel, VENKAT BALASUBRAMANI and STACIA N. LAY, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (lag, ) (Entered: 11/18/2020) |
| 11/20/2020 | Ï 10 | MOTION to Dismiss *Complaint* by All Defendants. Responses due by 12/7/2020 (Attachments: # 1 Brief MOL in supp of Motion, # 2 Declaration Declaration in supp of Motion, # 3 Text of Proposed Order Proposed Order)(PRUSINOWSKI, JAMES) (Entered: 11/20/2020) |
| 11/20/2020 | Ï | Set Deadlines as to 10 MOTION to Dismiss *Complaint*. Motion set for 12/21/2020 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 11/20/2020) |
| 11/20/2020 | Ï 11 | NOTICE of Appearance by FRANK ROCCO SCHIRRIPA on behalf of J. H., M. H. (SCHIRRIPA, FRANK) (Entered: 11/20/2020) |
| 11/30/2020 | Ï 12 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 10 MOTION to Dismiss *Complaint* . (NAPPI, HILLARY) (Entered: 11/30/2020) |
| 12/01/2020 | Ï | Reset Deadlines as to 10 MOTION to Dismiss *Complaint*. Motion reset for 1/4/2021 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (nic) Modified on 12/9/2020 (dam). (Entered: 12/01/2020) |
| 12/10/2020 | Ï 13 | STIPULATION re Set/Reset Motion and R&R Deadlines/Hearings, *to January 19, 2021* by OMEGLE.COM LLC. (PRUSINOWSKI, JAMES) (Entered: 12/10/2020) |
| 12/11/2020 | Ï 14 | STIPULATION AND ORDER Extending Time to Respond to Motion to Dismiss. Signed by Judge Kevin McNulty on 12/11/2020. (ams, ) (Entered: 12/11/2020) |
| 12/11/2020 | Ï | Reset Deadlines as to 10 MOTION to Dismiss Complaint. Motion reset for 1/19/2021 before Judge Kevin McNulty. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk's Office and does not supersede any previous or subsequent orders from the Court. (ams) Modified on 12/15/2020 (dam). (Entered: 12/11/2020) |
| 01/05/2021 | Ï 15 | MEMORANDUM in Opposition filed by J. H., M. H. re 10 MOTION to Dismiss *Complaint* (Attachments: # 1 Declaration, # 2 Exhibit)(NAPPI, HILLARY) (Entered: 01/05/2021) |
| 01/12/2021 | Ï 16 | REPLY to Response to Motion filed by All Defendants re 10 MOTION to Dismiss *Complaint* (PRUSINOWSKI, JAMES) (Entered: 01/12/2021) |
| 03/19/2021 | Ï 17 | OPINION. Signed by Judge Kevin McNulty on 3/19/2021. (ams, ) (Entered: 03/19/2021) |
| 03/19/2021 | Ï 18 | |

| | | |
|---|---|---|
| | | ORDER that the 10 Motion to Dismiss is GRANTED; This Order will be STAYED for 14 days; Within that period, the parties shall by letter state their proposals regarding whether and where to transfer this case to a district where personal jurisdiction can be asserted. Signed by Judge Kevin McNulty on 3/19/2021. (ams, ) (Entered: 03/19/2021) |
| 04/01/2021 | Ï 19 | STIPULATION re 18 Order on Motion to Dismiss, by J. H., M. H.. (NAPPI, HILLARY) (Entered: 04/01/2021) |
| 04/05/2021 | Ï 20 | STIPULATION AND ORDER for Transfer of Venue to the United States District Court for the Middle District of Florida. Signed by Judge Kevin McNulty on 4/5/2021. (ams, ) (Entered: 04/05/2021) |
| 04/05/2021 | Ï | ***Civil Case Terminated pursuant to 20 Stipulation and Order. (ams, ) (Entered: 04/05/2021) |