# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

### DEFENDANT'S RESPONSE TO COURT'S ORDER ON ASSIGNMENT TO THE TAMPA DIVISION (DKT. 25)

Defendant Omegle.com, LLC ("Omegle") hereby submits the following response to the Court's Order, entered on April 9, 2021, Dkt. 25 ("Order") requiring Omegle to provide more information as to whether the above-captioned case "is most directly connected to the Tampa Division, as opposed to the four other divisions within the Middle District of Florida." As more fully discussed below, based on Omegle's location within Pinellas County, the Tampa Division would appear to be most directly connected to this action and/or is the division "in which the action is most conveniently advanced." *See* Local Rule 1.04(b).

Omegle is an Oregon limited liability company but is registered in, and has a principal place of business located within the area encompassed by the Middle District of Florida. (*See* Declaration of Leif K-Brooks in Support of Defendant's Response to the Court's Order ("K-Brooks Decl.") ¶¶ 3-4.) Specifically, Omegle's

principal address, mailing address, and registered agent address is located in St. Petersburg, Florida, in Pinellas County. (K-Brooks Decl. ¶ 4, Ex. 1.)

Upon receiving an email from the Middle District of Florida on April 8, 2021, requesting that the parties indicate the appropriate division, the parties conferred via email regarding that issue. Based on the information referenced above—e.g., that Omegle is located in St. Petersburg, Pinellas County—the parties agreed that the Tampa Division appeared to be the appropriate division.

Dated:  April 16, 2021

        Respectfully submitted,

        THOMAS & LoCICERO PL

        *James J. McGuire*
        James J. McGuire (FBN 187798)
        601 South Boulevard
        Tampa, FL  33606
        Telephone: (813) 984-3060
        Facsimile:  (813) 984-3070
        jmcguire@tlolawfirm.com

        Daniela B. Abratt (FBN 118053)
        915 Middle River Drive, Ste. 309
        Fort Lauderdale, FL  33304
        Telephone: (954) 703-3416
        Facsimile:  (954) 4005415
        dabratt@tlolawfirm.com

        and

Stacia Lay
(*pro hac vice application forthcoming*)
stacia@focallaw.com
Venkat Balasubramani
(*pro hac vice application forthcoming*)
venkat@focallaw.com
focal PLLC
900 1st Ave. S., Ste. 201
Seattle, WA  98134
Telephone: (206) 508-0498
Facsimile: (206) 260-3966

*Counsel for Defendant
Omegle.com, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by electronic service through the Clerk of the Court's CM/ECF filing system.  I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

Frank Rocco Schirripa
fschirripa@hrsclaw.com
Hillary Mara Nappi
hillary.nappi@gmail.com
Hach Rose Schirripa & Cheverie LLP
185 Madison Avenue, 14th FL
New York, NY  10016

Attorneys for Plaintiffs

Dated: April 16, 2021.

*s/ James J. McGuire*
Attorney for Defendant