UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**DECLARATION OF LEIF K-BROOKS IN SUPPORT OF DEFENDANT'S RESPONSE TO COURT'S ORDER**

I, Leif K-Brooks, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am over 18 years of age and make this Declaration based upon my personal knowledge of the facts set forth below. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2.      I am the founder and sole manager of Omegle.com, LLC ("Omegle"), the Defendant herein.

3.      Omegle is a limited liability company formed under the laws of the State of Oregon.

4.      Omegle's principal place of business, mailing address, and registered agent address in Florida are all located in St. Petersburg, Pinellas County, Florida. Attached hereto as **Exhibit 1** are true and correct copies of the entity details for Omegle on file with the Florida Department of State and the most

recent annual report for Omegle filed with the Florida Department of State on April 14, 2021, showing Omegle's location in St. Petersburg, Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of April, 2021.

_____
LEIF K-BROOKS

# EXHIBIT 1

**Division of Corporations** — Sunbiz.org — *an official State of Florida website*

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

Previous On List    Next On List    Return to List     [Omegle]  [Search]

**No Events    No Name History**

## Detail by Entity Name

Foreign Limited Liability Company
**OMEGLE.COM LLC**

### Filing Information

| | |
|---|---|
| Document Number | M20000011843 |
| FEI/EIN Number | 46-1730391 |
| Date Filed | 12/22/2020 |
| State | OR |
| Status | ACTIVE |

### Principal Address

7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702

### Mailing Address

7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702

### Registered Agent Name & Address

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702

### Authorized Person(s) Detail

**Name & Address**

Title MBR

K-BROOKS, LEIF
7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2021 | 04/14/2021 |

### Document Images

04/14/2021 -- ANNUAL REPORT      [View image in PDF format]
12/22/2020 -- Foreign Limited    [View image in PDF format]

Previous On List    Next On List    Return to List     [Omegle]  [Search]

**No Events    No Name History**

Florida Department of State, Division of Corporations

**2021 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M20000011843

**Entity Name:** OMEGLE.COM LLC

**FILED**
**Apr 14, 2021**
**Secretary of State**
**3528222886CC**

**Current Principal Place of Business:**

7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702

**Current Mailing Address:**

7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702 US

**FEI Number:** 46-1730391

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
Electronic Signature of Registered Agent            Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MBR |
| Name | K-BROOKS, LEIF |
| Address | 7901 4TH ST. N, STE. 300 |
| City-State-Zip: | ST. PETERSBURG FL 33702 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LEIF K-BROOKS      MBR      04/14/2021
Electronic Signature of Signing Authorized Person(s) Detail            Date