# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>　　　　　　　　Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

## DEFENDANT'S UNOPPOSED MOTION FOR ADMISSION
## *PRO HAC VICE* OF VENKAT BALASUBRAMANI

In accordance with Local Rule 2.01 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Venkat Balasubramani, of Focal PLLC, for purposes of appearing as counsel on behalf of Defendant Omegle.com, LLC ("Omegle") in this case, and to permit Venkat Balasubramani to receive electronic filings in this case. In support of this Motion, the undersigned states as follows:

　　　1.　　Venkat Balasubramani is an attorney at Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134, (206) 529-4827, and has been retained to represent Omegle as counsel in all proceedings conducted in this action.

　　　2.　　Venkat Balasubramani is a member in good standing of the Bars of the State of Washington, the State of California, and the State of Oregon. He is also admitted in the following United States courts and states' highest courts: the courts of the states of Washington (1998), California (1997) and Oregon (2018);

the United States District Court for the Western District of Washington (2002); the United States District Court for the Eastern District of Washington (2017); the United States District Court for the Northern District of California (2007); the United States District Court for the Central District of California (2003); the United States District Court for the Southern District of California (2003); the United States District Court for the Eastern District of California (2006); the United States Court of Appeals for the First Circuit (2007); and the United States Court of Appeals for the Ninth Circuit (2003).

3. Venkat Balasubramani is not a Florida resident or a member of the Florida Bar and is not admitted to practice in the Middle District of Florida. Mr. Balasubramani does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Mr. Balasubramani has not initially appeared in any state or federal court in Florida in the last 36 months.

4. Venkat Balasubramani is familiar with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Middle District of Florida, including Local Rules 2.02 and 2.04. He will comply with the e-mail registration requirements of this Court and contemporaneously with this filing will pay the required admission fee of Local Rule 2.01. Mr. Balasubramani, therefore, meets the requirements for special admission under Local Rule 2.01.

5. Movant, James J. McGuire of Thomas & LoCicero PL, is a member in good standing of the Florida Bar and the United States District Court for the

Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to serve as local counsel for Omegle. Accordingly, service of all required notices and papers may be provided and served upon Omegle at the following address:

>James J. McGuire
>Florida Bar No. 187798
>601 South Boulevard
>Tampa, FL  33606
>Telephone: (813) 984-3060
>Facsimile: (813) 984-3070
>Primary: jmcguire@tlolawfirm.com
>Secondary: tgilley@tlolawfirm.com

6. Venkat Balasubramani, by and through undersigned counsel, hereby requests the Court to provide notices of electronic filings to Venkat Balasubramani at the email address venkat@focallaw.com.

WHEREFORE, Defendant Omegle.com, LLC moves this Court to enter an Order permitting Venkat Balasubramani to appear before this Court on behalf of Defendant for all purposes relating to the above-entitled matter and directing the Clerk to provide notices of electronic filings to Venkat Balasubramani.

## Local Rule 3.01(g) Certification

I, the undersigned counsel, hereby certify that, on behalf of the movant, I conferred with Plaintiffs' counsel in good faith about the relief sought in this motion. Plaintiffs' counsel and I agreed on the resolution of all of the motion.

Dated: April 20, 2021

Respectfully submitted,

THOMAS & LoCICERO PL

*/s/ James J. McGuire*
James J. McGuire (FBN 187798)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
jmcguire@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive, Ste. 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3416
Facsimile: (954) 400-5415
dabratt@tlolawfirm.com

*Counsel for Omegle.com, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

*/s/ James J. McGuire*
James J. McGuire