**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

## DEFENDANT'S UNOPPOSED MOTION FOR ADMISSION
## *PRO HAC VICE* OF STACIA N. LAY

In accordance with Local Rule 2.01 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stacia N. Lay, of Focal PLLC, for purposes of appearing as counsel on behalf of Defendant Omegle.com, LLC ("Omegle") in this case, and to permit Stacia N. Lay to receive electronic filings in this case. In support of this Motion, the undersigned states as follows:

1.  Stacia N. Lay is an attorney at Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134, (206) 529-4827, and has been retained to represent Omegle as counsel in all proceedings conducted in this action.

2.  Stacia N. Lay is a member in good standing of the Washington State Bar. She is also admitted in the following United States courts and the highest court(s) of the following state(s): the courts of Washington State (2000); the

United States District Court for the Western District of Washington (2002); and the United States Court of Appeals for the Ninth Circuit (2004).

3. Stacia N. Lay is not a Florida resident or a member of the Florida Bar and is not admitted to practice in the Middle District of Florida. Ms. Lay does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Ms. Lay has not initially appeared in any state or federal court in Florida in the last 36 months.

4. Stacia N. Lay is familiar with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Middle District of Florida, including Local Rules 2.02 and 2.04. She will comply with the e-mail registration requirements of this Court and contemporaneously with this filing will pay the required admission fee of Local Rule 2.01. Ms. Lay, therefore, meets the requirements for special admission under Local Rule 2.01.

5. Movant, James J. McGuire of Thomas & LoCicero PL, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to serve as local counsel for Omegle. Accordingly, service of all required notices and papers may be provided and served upon Omegle at the following address:

      James J. McGuire
      Florida Bar No. 187798
      601 South Boulevard
      Tampa, FL 33606
      Telephone: (813) 984-3060
      Facsimile: (813) 984-3070
      Primary: jmcguire@tlolawfirm.com
      Secondary: tgilley@tlolawfirm.com

6.    Stacia N. Lay, by and through undersigned counsel, hereby requests the Court to provide notices of electronic filings to Stacia N. Lay at the email address stacia@focallaw.com.

WHEREFORE, Defendant Omegle.com, LLC moves this Court to enter an Order permitting Stacia N. Lay to appear before this Court on behalf of Defendant for all purposes relating to the above-entitled matter and directing the Clerk to provide notices of electronic filings to Stacia N. Lay.

## Local Rule 3.01(g) Certification

I, the undersigned counsel, hereby certify that, on behalf of the movant, I conferred with Plaintiffs' counsel in good faith about the relief sought in this motion. Plaintiffs' counsel and I agreed on the resolution of all of the motion.

Dated: April 20, 2021                Respectfully submitted,

                                          THOMAS & LoCICERO PL

                                          */s/ James J. McGuire*
                                          James J. McGuire (FBN 187798)
                                          601 South Boulevard
                                          Tampa, FL 33606
                                          Telephone: (813) 984-3060
                                          Facsimile: (813) 984-3070
                                          jmcguire@tlolawfirm.com

>Daniela B. Abratt (FBN 118053)
>915 Middle River Drive, Ste. 309
>Fort Lauderdale, FL 33304
>Telephone: (954) 703-3416
>Facsimile: (954) 400-5415
>dabratt@tlolawfirm.com
>
>*Counsel for Omegle.com, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

>*/s/ James J. McGuire*
>James J. McGuire