UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., on behalf of
their minor child C.H.,

        Plaintiffs,

v.                                 CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM, LLC,

        Defendant.

_____

## ORDER

THIS CAUSE came on for consideration upon the Defendant's Unopposed Motions for Admission Pro Hac Vice of Venkat Balasubramani and Stacia N. Lay (Docs. 28, 29). The applicants certify that they have reviewed, and will abide by, the Local Rules of the Middle District of Florida.

It is, therefore, upon consideration,

ORDERED:

That the Defendant's Unopposed Motions for Admission Pro Hac Vice of Venkat Balasubramani and Stacia N. Lay (Docs. 28, 29) be, and the same are hereby, **GRANTED**. Counsel shall promptly submit the special admission registration and filing fee and comply with the email registration requirement of Local Rule 2.01(b)(1)(G).

DONE and ORDERED at Tampa, Florida, this 21st day of April, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE