**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>                     Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>                     Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**DEFENDANT OMEGLE.COM, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Omegle.com, LLC ("Omegle"), by and through its undersigned counsel, submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to FED. R. CIV. P. 7.1 and Local Rule 3.03, and discloses as follows:

1. The name of each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Defendant Omegle.com, LLC and its employees (Omegle has no parent corporation and no publicly-held corporation owns 10% or more of Omegle's stock);

    b. Thomas & LoCicero PL and its attorneys as counsel for Defendant Omegle.com, LLC;

      c. Focal PLLC and its attorneys as counsel for Defendant Omegle.com, LLC;

      d. Plaintiffs M.H., J.H., and C.H.;

      e. Hach Rose Schirripa & Cheverie LLP and its attorneys as counsel for Plaintiffs M.H., J.H., and C.H.

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None.

4. The name of each person arguably eligible for restitution:

    Plaintiffs claim to have been harmed; however Defendant denies that Plaintiffs are entitled to relief.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the Court in writing within fourteen days after I know of a conflict.

<table>
<tr><td>Dated: April 22, 2021</td><td>Respectfully submitted,<br><br>THOMAS & LoCICERO PL<br><br>*/s/ James J. McGuire*<br>James J. McGuire (FBN 187798)<br>601 South Boulevard<br>Tampa, FL 33606<br>Telephone: (813) 984-3060<br>Facsimile: (813) 984-3070<br>jmcguire@tlolawfirm.com<br><br>Daniela B. Abratt (FBN 118053)<br>915 Middle River Drive, Ste. 309<br>Fort Lauderdale, FL 33304<br>Telephone: (954) 703-3416<br>Facsimile: (954) 4005415<br>dabratt@tlolawfirm.com<br><br>*Counsel for Omegle.com, LLC*</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

*/s/ James J. McGuire*
James J. McGuire