**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., | |
| Plaintiffs, | Civil Action No. 21-cv-00814 |
| v. | |
| OMEGLE.COM, LLC., | |
| Defendant. | |

**UNOPPOSED MOTION OF PLAINTIFFS FOR ENLARGEMENT OF TIME TO FILE AN AMENDED COMPLAINT**

Plaintiffs M.H. AND J.H. ("Plaintiffs"), by and through their undersigned counsel, hereby moves for an extension of time to file their Amended Complaint and as grounds therefore, Plaintiffs state:

1. This case was initiated in the District of New Jersey.

2. On November 20, 2020 Defendant filed a motion to dismiss on the grounds that (1) the Court lacked personal jurisdiction over Defendant and (2) the Complaint failed to state a claim for relief.

3. On March 19, 2021, the Court granted Defendant's motion on the basis that it lacked personal jurisdiction over Defendant and therefore denied as moot the Rule 12(b)(6) motion based on the Court's lack of power to consider it.

4. On April 9, 2021, this case was transferred from the District of New Jersey to the Tampa Division of the Middle District of Florida.

5. On April 16, 2021, the Court directed Plaintiffs to file an amended complaint

1

by April 30, 2021.  *See* Dkt. No. 27.

6. Plaintiffs counsel are not admitted before the bar of this Court and Marsh Law PLLC will be co-counsel in this matter.  Accordingly, Marsh Law PLLC requires a short amount of time to familiarize itself with the facts and history of the action.

7. Counsel for the parties met and conferred and agreed that if the Court approves Counsel's request that the Parties would be able to file the necessary *pro hac* vice motions and Amended Complaint by May 17, 2021 and that Defendant's response to Plaintiffs' Amended Complaint would be due to the Court on June 7, 2021 due to the Memorial Day holiday.

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO AMEND THE COMPLAINT

Rule 6(b) of the Federal Rules of Civil Procedure provides in relevant part:

> When by these rules or by a notice given thereunder or by order of a court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.

The award of the requested enlargement of time for Plaintiffs to file and serve an Amended Complaint constitutes a proper use of this Court's discretion. Plaintiffs request is based on its retention of co-counsel who is new to the case. As such, Plaintiffs are requesting a moderate extension of time to allow co-counsel to be able to familiarize itself with the facts and history of the action. Defendant does not oppose Plaintiffs' enlargement request. Further, Plaintiffs have agreed that if the Court were to grant Plaintiffs' request, Plaintiffs have agreed that the Defendant should be entitled to a moderate extension of time for its response. In light of

these circumstances, Plaintiffs respectfully submit that the Court's discretion is best utilized by granting the requested extension.

| | | |
|---|---|---|
| DATED: | New York, New York<br>April 28, 2021 | **HACH ROSE SCHIRRIPA &<br>CHEVERIE, LLP** |

/s/ Hillary Nappi
Frank R. Schirripa, Esq.
Hillary M. Nappi, Esq.
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311

**MARSH LAW FIRM PLLC**

/s/ Jennifer Freeman
Jennifer Freeman, Esq.
Margaret E. Mabie, Esq.
31 Hudson Yards, 11th Floor
New York, New York 10001
(212) 372-3030

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the all counsel of record.

                                              **MARSH LAW FIRM PLLC**

                                              _/s/ Jennifer Freeman_
                                              Jennifer Freeman, Esq.
                                              31 Hudson Yards, 11th Floor
                                              New York, New York 10001
                                              (212) 372-3030

                                              *Attorneys for the Plaintiff*