**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| M.H. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Omegle.com LLC, <br><br> Defendants. | **Case No.: 8:21-cv-00814-VMC-TGW** |

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 2.01 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Margaret E. Mabie of the law firm of Marsh Law Firm PLLC, 21 Hudson Yards, 11th Floor, New York, NY 10001, Telephone Number 315-296-9046 for purposes of appearance as co-counsel on behalf of Plaintiffs M.H. et al, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Margaret E. Mabie to receive electronic filings in this case, and in support thereof states as follows:

1. Margaret E. Mabie is not admitted to practice in the Middle District of Florida and is a member in good standing of the Bar of the State of New York.

2. Movant, Jennifer Freeman, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Margaret E. Mabie has made payment of this Court's $150 special admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Margaret E. Mabie, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Margaret E. Mabie at email address: margaretmabie@marsh.law

WHEREFORE, Jennifer Freeman, moves this Court to enter an Order for Margaret E. Mabie, to appear before this Court on behalf of Plaintiffs, M.H. and J.H., on behalf of their minor child, C.H, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Margaret E. Mabie.

Date: April 28, 2021

                                        Respectfully Submitted,

                                        **MARSH LAW FIRM PLLC**

                                        */s/ Jennifer Freeman*
                                        Jennifer Freeman, Esq.
                                        31 Hudson Yards, 11th Floor
                                        New York, New York 10001
                                        (212) 372-3030

                                        *Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| M.H. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Omegle.com LLC, <br><br> Defendants. | **Case No.: 8:21-cv-00814-VMC-TGW** |

## CERTIFICATION OF MARGARET E. MABIE

Margaret E. Mabie, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of New York.

*/s/ Margaret E. Mabie*
Margaret E. Mabie

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2021, I electronically filed the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

MARSH LAW FIRM PLLC

_____
Jennifer Freeman, Esq.
31 Hudson Yards, 11th Floor
New York, New York 10001
(212) 372-3030

*Attorney for the Plaintiff*