**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| M.H. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Omegle.com LLC, <br><br> Defendants. | Case No.: 8:21-cv-00814-VMC-TGW |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Margaret E. Mabie, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion'), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Margaret E. Mabie, may appear and participate in this action on behalf of M.H. and J.H., on behalf of their minor child, C.H.  The Clerk shall provide electronic notification of all electronic filings to Margaret E. Mabie at hnappi@hrsclaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

                                                                                               _____
                                                                                               United States District Judge