UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., on behalf of
their minor child, C.H,

        Plaintiffs,

v.                               CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM LLC,

        Defendant.
_____

## ORDER

THIS CAUSE came on for consideration upon the plaintiffs' Unopposed Motions for Frank Rocco Shirripa, Hillary M. Nappi, and Margaret E. Mabie to Appear Pro Hac Vice (Docs. 33, 34, 35).  Rule 2.01(c), Local Rules of the Middle District of Florida, provides, in part, that a lawyer can move for special admission "if the lawyer is a member in good standing of the bar of a United States District Court [and] … lists each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months…."  L.R. 2.01(c)(2), (4).  The plaintiffs' motions do not include the required information.

It is, therefore, upon consideration,

ORDERED:

That the plaintiffs' Unopposed Motions for Frank Rocco Shirripa, Hillary M. Nappi, and Margaret E. Mabie to Appear Pro Hac Vice (Docs. 33, 34, 35) be, and the same are hereby, **DENIED without prejudice**.

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 30th day of April, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE