UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., on behalf of
their minor child, C.H,

        Plaintiffs,

v.                                 CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM LLC,

        Defendant.
_____

## ORDER

THIS CAUSE came on for consideration upon the plaintiffs' amended Unopposed Motions for Frank Rocco Shirripa, Hillary M. Nappi, and Margaret E. Mabie to Appear Pro Hac Vice (Docs. 38, 39, 40). Rule 2.01(c), Local Rules of the Middle District of Florida, provides, in part, that a lawyer can move for special admission if the lawyer "is a member in good standing of the bar of a *United States district court.*" L.R. 2.01(c)(2) (emphasis added). The plaintiffs' amended motions fail to include the required information.

It is, therefore, upon consideration,

ORDERED:

That the plaintiffs' amended Unopposed Motions for Frank Rocco Shirripa, Hillary M. Nappi, and Margaret E. Mabie to Appear Pro Hac Vice (Docs. 38, 39, 40) be, and the same are hereby, **DENIED without prejudice**.

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 10th day of May, 2021.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE