UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H.,
on behalf of their minor child, C.H.,

        Plaintiffs,

v.                                    CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM LLC,

        Defendant.
_____

## ORDER

THIS CAUSE came on for consideration upon the plaintiffs' Unopposed Motions for Margaret E. Mabie and Hillary M. Nappi to Appear *Pro Hac Vice* (Docs. 42, 44). The applicants have submitted the special admission registration and filing fee and certify that they have reviewed, and will abide by, the Local Rules of the Middle District of Florida.

It is, therefore, upon consideration,

ORDERED:

That the plaintiffs' Unopposed Motions for Margaret E. Mabie and Hillary M. Nappi to Appear *Pro Hac Vice* (Docs. 42, 44) be, and the same are hereby, **GRANTED**. Counsel shall promptly comply with the email registration requirement of Local Rule 2.01(b)(1)(G).

DONE and ORDERED at Tampa, Florida, this 14th day of May, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE