UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., on behalf of
their minor child, C.H,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM LLC,

        Defendant.
_____

## ORDER

THIS CAUSE came on for consideration upon the plaintiffs' second amended Unopposed Motion for Frank Rocco Shirripa to Appear Pro Hac Vice (Doc. 43). Rule 2.01(c), Local Rules of the Middle District of Florida, provides, in part, that a lawyer can move for special admission if the lawyer "is a member in good standing of the bar of a *United States district court*" (emphasis added). The plaintiffs' second amended motion again fails to include the required information.

It is, therefore, upon consideration,

ORDERED:

That the plaintiffs' second amended Unopposed Motion for Frank Rocco Shirripa to Appear Pro Hac Vice (Doc. 43) be, and the same is hereby, **DENIED with prejudice.**

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 17th day of May, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE