# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>　　　　　　Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

## JOINT MOTION FOR AGREED ORDER
## EXTENDING TIME TO FILE CASE MANAGEMENT REPORT

Plaintiffs and Defendant hereby jointly move this Court for an extension of the deadline to file the Case Management Report that is currently set for May 20, 2021. The grounds for this Joint Motion are as follows:

1. Following transfer of this case from the United States District Court for the District of New Jersey to this Court, on April 16, 2021, the Court ordered that because the transferring court granted Defendant's motion to dismiss on lack of personal jurisdiction, Plaintiffs were to file an amended complaint in this Court by April 30, 2021. (Dkt. 27.)

2. In that same Order, the Court ordered the parties to file a Case Management Report by May 20, 2021. (Dkt. 27.)

3. On April 28, 2021, Plaintiffs filed an unopposed motion to extend the deadline to file the amended complaint to May 17, 2021 (Dkt. 32), which the Court granted on April 29, 2021 (Dkt. 36).

4.      In the Order granting Plaintiffs' extension request, no change was made to the deadline of May 20, 2021 for the parties' Case Management Report. (*See* Dkt. 36.)

5.      Plaintiffs filed their Amended Complaint on May 17, 2021 (Dkt. 48), and Defendant received notice of the filing via CM/ECF on May 18, 2021.

6.      Defendant's response to the Amended Complaint is currently due on June 1, 2021. Defendant anticipates that a brief extension of its deadline to respond to the Amended Complaint may be necessary in light of new allegations and several new causes of action in the Amended Complaint. Any such request by Defendant will be made by separate, unopposed motion.

7.      Plaintiffs' Amended Complaint includes new allegations and several new causes of action. The new allegations and causes of action and Defendant's not-yet-filed response to those allegations and claims necessarily will have an impact on the nature and scope of the issues in this case and therefore on the issues to be addressed in the parties' Case Management Report.

WHEREFORE the Plaintiffs and Defendant respectfully request that this Court enter an agreed order extending the deadline to file the Case Management Report from May 20, 2021 until after an answer is filed or a decision is rendered on a motion to dismiss with respect to the Amended Complaint, whichever date is earlier, or such other date as the Court may order.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs and the Defendant represent that they agree to all of the relief requested in this Joint Motion.

DATED: May 19, 2021

Respectfully submitted,

HACH ROSE SCHIRRIPA & CHEVERIE LLP

By: s/ *Hillary M. Nappi*
Frank R. Schirripa, *Pro Hac Vice Pending*
Hillary M. Nappi, *Pro Hac Vice*
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
hnappi@hrsclaw.com

MARSH LAW FIRM PLLC

By: s/ *Jennifer Freeman*
Jennifer Freeman, Florida Bar #1014236
Margaret E. Mabie, *Pro Hac Vice*
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiffs*

**AND**

FOCAL PLLC

By: s/ *Stacia N. Lay*
Stacia N. Lay, *Pro Hac Vice*
Venkat Balasubramani, *Pro Hac Vice*
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
stacia@focallaw.com
venkat@focallaw.com

>THOMAS & LoCICERO PL
>
>By: s/ *James J. McGuire*
>James J. McGuire (FBN 187798)
>601 South Boulevard
>Tampa, Florida 33606
>Telephone: (813) 984-3060
>jmcguire@tlolawfirm.com
>
>Daniela B. Abratt (FBN 118053)
>915 Middle River Drive, Suite 309
>Fort Lauderdale, Florida 33304
>Telephone: (954) 703-3416
>dabratt@tlolawfirm.com
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

>s/ *James J. McGuire*
>James J. McGuire