# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

M.H. and J.H., on behalf of their minor child C.H.,

    Plaintiffs,

v.

OMEGLE.COM, LLC.,

    Defendant.

Civil Action No. 21-cv-00814

## PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO FRCP 71 AND LOCAL RULE 3.03

Plaintiffs M.H. AND J.H. ("Plaintiffs"), by and through their undersigned counsel, submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to FED. R. CIV. P. 7.1 and Local Rule 3.03, and discloses as follows:

1. The name of each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Defendant Omegle

    b. Thomas & LoCicero PL and its attorneys as counsel for Defendant Omegle.com, LLC;

    c. Plaintiffs; and

    d. Hach Rose Schirripa & Cheverie LLP and Marsh Law LLP as counsel for Plaintiffs;

2. The name of each entity with publicly traded shares or debt potentially affected by

the outcome: None. Plaintiffs are all individuals.

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None.

4. The name of each person arguably eligible for restitution: Plaintiffs M.H., J.H. on behalf of C.H.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the Court in writing within fourteen days after I know of a conflict.

DATED:  New York, New York  
             May 18, 2021

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**

/s/ Hillary Nappi

_____

Frank R. Schirripa, Esq.(pro hac vice pending)  
Hillary M. Nappi, Esq. (pro hac vice)  
112 Madison Avenue, 10th Floor  
New York, New York 10016  
(212) 213-8311

**MARSH LAW FIRM PLLC**

By /s Margaret E. Mabie  
Margaret E. Mabie, *Pro Hac Vice*  
31 Hudson Yards, 11th Floor  
New York, New York 10001  
(212) 372-3030  
Email: MargaretMabie@marsh.law

By /s Jennifer Freeman  
Jennifer Freeman, Esq.  
31 Hudson Yards, 11th Floor  
New York, New York 10001  
(212) 372-3030

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the all counsel of record.

_____
Jennifer Freeman, Esq.