## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 6(b)(1)(A), Defendant Omegle.com, LLC ("Omegle") hereby moves for a one-week enlargement of the time period within which it must serve a response to Plaintiffs' First Amended Complaint (Dkt. 48) ("FAC") from June 1, 2021 to June 8, 2021. Plaintiffs do not oppose this Motion. In support of this Motion, Defendant states as follows:

1.     Following transfer of this case from the United States District Court for the District of New Jersey to this Court, on April 16, 2021, the Court ordered that, because the transferring court granted Omegle's motion to dismiss based on lack of personal jurisdiction, Plaintiffs were directed to file an amended complaint in this Court by April 30, 2021. (Dkt. 27.)

2.     On April 28, 2021, Plaintiffs filed an unopposed motion to extend the deadline to file the amended complaint from April 30, 2021 to May 17, 2021. (Dkt. 32.)

3.      On April 29, 2021, the Court granted Plaintiffs' motion, extending the deadline to file the amended complaint from April 30, 2021 to May 17, 2021. The Court also reiterated that Omegle's response to the amended complaint would be due within 14 days after the amended complaint was filed. (Dkt. 36.)

4.      The docket indicates that Plaintiffs filed the FAC on May 17, 2021, however Omegle did not receive notice of the filing via CM/ECF until May 18, 2021. (*See* Dkt. 48.)

5.      Omegle's response to the FAC is currently due on June 1, 2021.

6.      In their FAC, Plaintiffs made a significant number of new allegations and have added four new causes of action bringing the total causes of action alleged to eight. (Compare Dkt. 1 with Dkt. 48.)

7.      In light of the extensive amendments made by Plaintiffs in the FAC, including but not limited to four new causes of action that significantly expand the scope of the alleged facts, claims and defenses at issue in this case, Omegle requires a brief, one-week extension of the deadline for its response to fully assess the allegations and claims in the FAC, confer with counsel for Plaintiffs as necessary, and prepare its response to the FAC.

8.      Accordingly, Omegle respectfully requests a one-week enlargement of the time period within which it must file its response to Plaintiffs' FAC to June 8, 2021.

9.      Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court to grant a motion for an extension of time for good cause. This Court has wide discretion

to grant such a motion. *See, e.g.*, *Gupta v. United States AG*, No. 6:17-cv-2188-Orl-41GJK, 2018 U.S. Dist. LEXIS 228340, *4 (M.D. Fla. Apr. 9, 2018) (district courts have discretion in deciding a motion for an enlargement of time under Rule 6(b)); *see also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (district courts have "broad discretion" in managing their cases).

10.     This Motion is made in good faith and not for purposes of undue delay. Omegle has not previously been granted any extension for its response to the FAC. No party will be prejudiced by the relief sought and the requested extension will not affect any other deadlines in this case.

11.     Plaintiffs do not oppose the requested enlargement of time.

WHEREFORE, Defendant Omegle.com, LLC respectfully requests that the Court enter an order granting this Motion and enlarging the time period within which Omegle must file its response to Plaintiffs' FAC by one week to June 8, 2021.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant Omegle.com, LLC represents that they have conferred with counsel for Plaintiffs and Plaintiffs do not oppose the relief requested in this Motion.

DATED:   May 20, 2021          Respectfully submitted,

FOCAL PLLC

By:  s/ *Stacia N. Lay*
     Stacia N. Lay, *Pro Hac Vice*
     Venkat Balasubramani, *Pro Hac Vice*

900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
stacia@focallaw.com
venkat@focallaw.com

THOMAS & LoCICERO PL

By:  s/ *James J. McGuire*
James J. McGuire (FBN 187798)
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
jmcguire@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3416
dabratt@tlolawfirm.com

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, a true and correct copy of the

foregoing will be served electronically through the Clerk of Court's CM/ECF filing

system. I further certify that I mailed the foregoing document and the notice of

electronic filing by first-class mail, postage prepaid, to any parties that do not

participate in the CM/ECF filing system.


s/ *Stacia N. Lay*
Stacia N. Lay