UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., on behalf of
their minor child, C.H.,

        Plaintiffs,

v.                           CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM LLC,

        Defendant.
_____

## O R D E R

THIS CAUSE came on for consideration upon the plaintiffs' Third Unopposed Motion for Frank Rocco Schirripa to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 57). The applicant indicates that he has submitted the special admission registration and filing fee and certifies that he has reviewed, and will abide by, the Local Rules of the Middle District of Florida.

It is, therefore, upon consideration,

ORDERED:

That the plaintiffs' Third Unopposed Motion for Frank Rocco Schirripa to Appear *Pro Hac Vice*, Consent to Designation, and Request to

Electronically Receive Notices of Electronic Filing (Doc. 57) be, and the same is hereby, **GRANTED**. Counsel shall promptly comply with the email registration requirement of Local Rule 2.01(b)(1)(G).

DONE and ORDERED at Tampa, Florida, this 19th day of May, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE