UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

M.H. and J.H., on behalf of their
minor child, C.H.

    Plaintiffs,

    v.                                       Civil Action No. 21-cv-00814

Omegle.com LLC

    Defendant.

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   Prior to holding the planning conference, the parties exchanged drafts of the Case Management Report. The parties then conducted the planning conference on May 21, 2021. Hillary Nappi, Esq. and Margaret Mabie, Esq. appeared on behalf of Plaintiffs and Stacia Lay, Esq. and James McGuire, Esq. appeared on behalf of Defendant.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | June 11, 2021 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | July 16, 2021 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | October 29, 2021. |

| | |
|---|---|
| Defendant's deadline for disclosing any expert report. | November 30, 2021 |
| Deadline for disclosing any rebuttal expert report. | December 31, 2021 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | January 24, 2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | Not applicable. |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | March 1, 2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>The parties are discussing the following mediators but have not yet reached an agreement.<br><br>Plaintiffs propose:<br><br>Hon. Dianne M. Welsh (Ret.)<br>1717 Arch Street, Suite 3810<br>Philadelphia, Pennsylvania 19103<br>T: (215) 246-9494<br><br>Or<br><br>Paul Finn, Esq.<br>1145 West Chestnut Street<br>Brockton, MA 02301<br>T: (508) 583-8111<br><br>Defendant proposes:<br><br>Jack A. Kirschenbaum<br>1795 West NASA Blvd.<br>Melbourne, Florida 32901<br>Phone: 321-727-8100<br><br>or<br><br>Bradford D. Kimbro<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602<br>Phone: 813-227-6660 | February 7, 2022 |

| | |
|---|---|
| The Parties will continue to meet and confer on this issue and report back to the Court with respect to their choice of mediator within two weeks unless otherwise directed by the Court. | |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | June 17, 2022 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | July 18, 2022 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | July 25, 2022 |
| Month and year of the trial term. | August 2022 |

The trial will last approximately 5 days and be jury.

### 3. Description of the Action

Plaintiffs bring suit to redress claims that result from Defendant's unfair and deceptive business practices resulting in the sexual exploitation of their minor child. Plaintiffs allege that Defendant violated COPPA, FOSTA and SESTA resulting in C.H.'s injuries as a result of her use of its website. Defendant denies Plaintiffs' allegations, denies liability as to each of Plaintiffs' claims, and denies that Plaintiffs are entitled to any relief. In addition, Defendant asserts affirmative defenses to Plaintiffs' claims, including but not limited to immunity under the Communications Decency Act.

### 4. Disclosure Statement

The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

### 5. Related Action

The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

### 6. Consent to a Magistrate Judge

The parties do not consent.

### 7. Preliminary Pretrial Conference

The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

**8.      Discovery Practice**

The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. See Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

**9.      Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A.      The parties agree to the timing, form, or requirement for disclosures under Rule 26(a), with the exception of the agreed modifications to the timing for disclosures as provided in the proposed schedule outlined above in Section 1.

B.      Discovery may be needed on these subjects:

<u>Plaintiffs</u>: At this early stage, Plaintiffs anticipate seeking discovery on all claims alleged in their Amended Complaint and any defenses asserted in an Answer interposed by Defendant.

<u>Defendant</u>:  At this early stage, Defendant anticipates seeking discovery on all of the claims alleged by Plaintiffs in their Amended Complaint, including but not limited to Plaintiffs' use of Omegle; Plaintiffs' interaction(s) with third-party users of Omegle and any investigation relating to those interactions; and Plaintiffs' alleged injuries and claimed damages and other relief sought.

C.      Discovery should not be conducted in phases.

D.      There are not issues about disclosure, discovery or preservation of electronically stored information.

E.      The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.      The parties do not propose any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations.

**10.     Request for Special Handling**

The parties do not request special handling.

**11.     Certification of familiarity with the Local Rules**

The parties certify that they have read and are familiar with the Court's Local Rules.

Dated: May 24, 2021							Dated: May 24, 2021

| | |
|---|---|
| **HACH ROSE SCHIRRIPA & CHEVERIE LLP**<br><br>By: */s/ Hillary Nappi*<br>Frank R. Schirripa, *Pro Hac Vice*<br>Hillary M. Nappi,, *Pro Hac Vice*<br>112 Madison Avenue, 10th Floor<br>New York, New York 10016<br>Telephone: (212) 213-8311<br>Facsimile: (212) 779-0028<br>fschirripa@hrsclaw.com<br>hnappi@hrsclaw.com<br><br>**MARSH LAW FIRM PLLC**<br><br>By /s Jennifer Freeman<br>Jennifer Freeman<br>*31 Hudson Yards, 11*[th] Floor<br>New York, New York 10001<br>Email: Jenniferfreeman@marsh.law<br><br><br>By /s Margaret E. Mabie<br>Margaret E. Mabie, *Pro Hac Vice*<br>*31 Hudson Yards, 11*[th] Floor<br>New York, New York 10001<br>Email: MargaretMabie@marsh.law<br><br>*Attorneys for Plaintiffs* | **FOCAL PLLC**<br><br>By: s/ *Stacia N. Lay*<br>Stacia N. Lay, *Pro Hac Vice*<br>Venkat Balasubramani, *Pro Hac Vice*<br>900 1st Avenue S., Suite 201<br>Seattle, Washington 98134<br>Telephone: (206) 529-4827<br>stacia@focallaw.com<br>venkat@focallaw.com<br><br>**THOMAS & LoCICERO PL**<br><br>By:  s/ *James J. McGuire*<br>James J. McGuire (FBN 187798)<br>601 South Boulevard<br>Tampa, Florida 33606<br>Telephone: (813) 984-3060<br>jmcguire@tlolawfirm.com<br><br>Daniela B. Abratt (FBN 118053)<br>915 Middle River Drive, Suite 309<br>Fort Lauderdale, Florida 33304<br>Telephone: (954) 703-3416<br>dabratt@tlolawfirm.com<br><br>*Attorneys for Defendant* |