UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**DEFENDANT'S UNOPPOSED MOTION REQUESTING
LEAVE TO FILE A MOTION TO DISMISS IN EXCESS OF 25 PAGES**

Defendant Omegle.com, LLC ("Omegle") hereby moves for leave to file a motion to dismiss Plaintiffs' First Amended Complaint ("FAC") in excess of twenty-five (25) pages. Omegle requests that the page limit for its motion and memorandum in support be expanded by five (5) pages for a total of not more than thirty (30) pages. In support of this Motion, Omegle states as follows:

1. In November 2020, Omegle filed a motion to dismiss Plaintiffs' original complaint pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(6) in the United States District Court for the District of New Jersey. (Dkt. 10.) In March 2021, that court granted Omegle's motion on the ground of a lack of personal jurisdiction and therefore did not reach the other issues raised in the motion. (Dkt. 17.)

2. The case was then transferred to this Court, which directed Plaintiffs to file an amended complaint, which they did on May 17, 2021. (Dkts. 27, 48.) Omegle's response to the FAC is due June 8, 2021. (Dkt. 53.)

3. Local Rule 3.01(a), as well as this Court's Case Management and

Scheduling Order (Dkt. 56), provide that no motion longer than 25 pages may be filed. A party may seek leave to file a motion in excess of that limit but "must specify the need for, and the length of, the proposed motion." Local Rule 3.01(a).

4. In their FAC (which is 30 pages long and contains 130 numbered paragraphs), Plaintiffs made a significant number of new, substantive allegations. They also added four new causes of action—including claims alleging violation of the federal child pornography criminal statute and federal sex trafficking statute—for a total of eight. (Compare Dkt. 1 with Dkt. 48.)

5. The extensive amendments made in the FAC, including but not limited to four new causes of action, significantly expand the scope of the alleged facts, claims and defenses at issue. In part, the FAC implicates complicated issues of the interplay of Section 230 of the Communications Decency Act and the new claims based on alleged violation of federal criminal statutes, in addition to the nearly half a dozen state law claims alleged in the FAC. In order to appropriately and adequately present these issues and the relevant facts to the Court, it is necessary for Omegle to exceed the 25 page limit. Omegle has diligently made good faith efforts to stay within the page limit but the number and complexity of the issues necessitates Omegle's request for an expansion of that limit.

6. This Motion is made in good faith and is not intended to burden the Court with unnecessarily lengthy briefing. Omegle has therefore limited its request to only 5 pages in excess of the 25 page limit.

7. Plaintiffs do not oppose this request to exceed the page limitation for Omegle's motion to dismiss and memorandum in support by 5 pages.

WHEREFORE, Defendant Omegle.com, LLC respectfully requests that the Court enter an order granting this Motion and order that the page limit for Omegle's anticipated motion to dismiss and memorandum in support be expanded by 5 pages for a total of not more than 30 pages.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant Omegle.com, LLC represents that they have conferred with counsel for Plaintiffs and Plaintiffs do not oppose the relief requested in this Motion.

DATED: June 3, 2021  Respectfully submitted,

FOCAL PLLC

By: s/ *Stacia N. Lay*
Stacia N. Lay, *Pro Hac Vice*
Venkat Balasubramani, *Pro Hac Vice*
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
stacia@focallaw.com
venkat@focallaw.com

THOMAS & LoCICERO PL

By: s/ *James J. McGuire*
James J. McGuire (FBN 187798)
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
jmcguire@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3416
dabratt@tlolawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

s/ <i>Stacia N. Lay</i><br>
Stacia N. Lay