# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>Plaintiffs,<br><br>v.<br><br>OMEGLE.COM, LLC,<br><br>Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

## DEFENDANT OMEGLE.COM, LLC'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE (Dkt. 62)

Defendant Omegle.com, LLC ("Omegle") hereby responds to this Court's Order to Show Cause, entered on June 9, 2021 (Dkt. 62), regarding the appearance of attorney James Thomas Prusinowski in this matter. Omegle inadvertently failed to file a notice of withdrawal or substitution of counsel, but can confirm that Mr. Prusinowski no longer represents Omegle and may be stricken from the record. In further explanation thereof, Omegle states as follows:

1. Plaintiffs originally filed this case in the United States District of New Jersey on August 25, 2020, and Omegle retained Mr. Prusinowski as local New Jersey counsel (Dkt. 3).

2. On November 20, 2020, Omegle filed a motion to dismiss Plaintiffs' complaint, in part based on lack of personal jurisdiction. On March 19, 2021, the court granted the motion (Dkt. 18), and on April 1, 2021, the parties entered into a stipulation for the transfer of venue to the Middle District of Florida (Dkt. 19).

3. Once the case was transferred to this Court, Mr. Prusinowski's legal services were no longer needed. Omegle accordingly retained the undersigned to serve as local Florida counsel, who first appeared in the case on April 16, 2021, when they filed Omegle's Response to Court's Order on Assignment to the Tampa Division (Dkt. 26). Because they had formally appeared, the undersigned inadvertently did not file a substitution of counsel.

4. Moreover, Mr. Prusinowski intended but inadvertently failed to file a motion to withdraw his appearance prior to concluding his retention as Omegle's counsel.

5. The undersigned represents that Mr. Prusinowski is no longer serving as Omegle's legal counsel and may be stricken from the record.

Therefore, for the reasons stated herein, Omegle respectfully requests that this Court either strike Mr. Prusinowski's appearance from the record, or alternatively, formally substitute the undersigned in his place.

DATED:   June 11, 2021        Respectfully submitted,

THOMAS & LoCICERO PL

By: s/ *Daniela B. Abratt*
    Daniela B. Abratt (FBN 118053)
    915 Middle River Drive, Suite 309
    Fort Lauderdale, Florida 33304
    Telephone: (954) 703-3416
    dabratt@tlolawfirm.com

    James J. McGuire (FBN 187798)
    601 South Boulevard
    Tampa, Florida 33606
    Telephone: (813) 984-3060
    jmcguire@tlolawfirm.com

        FOCAL PLLC

By: s/ *Stacia N. Lay*
    Stacia N. Lay, *Pro Hac Vice*
    Venkat Balasubramani, *Pro Hac Vice*
    900 1st Avenue S., Suite 201
    Seattle, Washington 98134
    Telephone: (206) 529-4827
    stacia@focallaw.com
    venkat@focallaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

        s/ *Daniela B. Abratt*
        Daniela B. Abratt