# MARSH
## law firm pllc

31 Hudson Yards, 11th Floor
New York, New York 10001-2170
929-232-3128 • jenniferfreeman@marsh.law

June 18, 2021

**By ECF**
Hon. Anne Conway, Senior District Judge
United States District Court for the Middle District of Florida
401 West Central Boulevard
Orlando, Florida 32801

    Re:    M.H. v Omegle, Case no. 8:21-cv-00814-VMC-TGW

Dear Judge Conway –

    We write to advise the court that the parties have scheduled a mediation conference for January 28, 2021 at 10:00am EST with mediator Gregory Holder. Pursuant to the Scheduling Order in this matter, please find Mr. Holder's contact information below:

Gregory Holder
Zinober Diana Monteverde P.A.
610 W Horatio St
Tampa, FL 33606-2228
Email: greg@zinoberdiana.com

    Thank you for your time and attention to this matter.

Sincerely,

/s/ Frank Schirripa
Frank Schirripa

Jennifer Freeman

cc: All Counsel of Record (via ECF)