# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant Omegle.com, LLC hereby moves for leave to file a reply memorandum in response to Plaintiffs' Opposition to Defendant Omegle.com, LLC's Motion to Dismiss Plaintiffs' Complaint (Dkt. 67) ("Plaintiffs' Opposition")—not to exceed 10 pages—within seven (7) court days of an order granting leave to file or other deadline set by the Court. In support of this Motion, Omegle states as follows:

1. On June 8, 2021, Omegle filed its Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and supporting memorandum ("Motion to Dismiss") seeking dismissal with prejudice of Plaintiffs' Amended Complaint. (Dkt. 61.)

2. On June 29, 2021, Plaintiffs filed their Opposition to Omegle's Motion to Dismiss. (Dkt. 67.)

3. Omegle respectfully requests leave to file a reply memorandum—not to exceed 10 pages—in order to address certain legal characterizations and

1

arguments made in Plaintiffs' Opposition. Under these circumstances, and given the new and complex issues raised by Plaintiffs' Amended Complaint and discussed in Plaintiffs' Opposition, a reply memorandum will assist the Court in its consideration of these issues and in deciding the Motion to Dismiss.

4. Local Rule 3.01(d) provides that "no party may file a reply directed to a response" without seeking leave of the Court, which request must specify the need for, and the length of, the proposed reply.

5. Here, Omegle respectfully submits that a reply memorandum directed at Plaintiffs' Opposition to the Motion to Dismiss is necessary for a complete presentation of the issues for resolution by the Court.

6. For example, because Plaintiffs' Amended Complaint alleged new claims for alleged violation of federal criminal child pornography and sex trafficking statutes, those claims raise complex issues regarding the interaction of (a) those criminal statutes, (b) the civil remedy statutes based on those criminal statutes, and (c) the immunity afforded by Section 230 of the Communications Decency Act. These issues were initially identified and discussed in Omegle's opening brief on its Motion to Dismiss. However, Omegle contends that Plaintiffs' characterization of these issues in their Opposition is incorrect and inconsistent with applicable law and governing pleading standards. Omegle believes that a reply memorandum addressing these characterizations, as well as those relating to Plaintiffs' claim under the Video Privacy Protection Act and their state law claims, would assist in fully presenting the issues to be decided by the Court on Omegle's Motion to Dismiss.

7.      This Motion is made in good faith and is not intended to burden the Court with unnecessary briefing but rather to ensure the Court has the information necessary to decide the issues presented by Plaintiffs' Amended Complaint, Omegle's Motion to Dismiss and Plaintiffs' Opposition.

8.      Plaintiffs have indicated that they do not take a position on this Motion.

WHEREFORE, Defendant Omegle.com, LLC respectfully requests that the Court enter an order granting this Motion and permitting Omegle to file a reply memorandum—not to exceed 10 pages—responding to Plaintiffs' Opposition, within seven (7) court days of an order granting leave to file or other deadline set by the Court.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant Omegle.com, LLC represents that they have conferred with counsel for Plaintiffs and Plaintiffs have indicated that they do not take a position on the relief requested in this Motion.

DATED:   July 2, 2021                    Respectfully submitted,

| FOCAL PLLC | THOMAS & LoCICERO PL |
|---|---|
| By: s/ *Stacia N. Lay*<br>    Stacia N. Lay, *Pro Hac Vice*<br>    Venkat Balasubramani, *Pro Hac Vice*<br>    900 1st Avenue S., Suite 201<br>    Seattle, Washington 98134<br>    Telephone: (206) 529-4827<br>    stacia@focallaw.com<br>    venkat@focallaw.com | By: s/ *James J. McGuire*<br>    James J. McGuire (FBN 187798)<br>    601 South Boulevard<br>    Tampa, Florida 33606<br>    Telephone: (813) 984-3060<br>    jmcguire@tlolawfirm.com<br><br>    Daniela B. Abratt (FBN 118053)<br>    915 Middle River Dr., Suite 309<br>    Fort Lauderdale, Florida 33304<br>    Telephone: (954) 703-3416 |

dabratt@tlolawfirm.com

*Attorneys for Defendant Omegle.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

s/ *Stacia N. Lay*
Stacia N. Lay