**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**JOINT MOTION FOR AGREED ORDER**
**EXTENDING PENDING CASE SCHEDULE DEADLINES BY 60 DAYS**

Plaintiffs and Defendant hereby jointly move this Court for a 60-day extension of the deadlines set forth in the Court's Case Management and Scheduling Order, Dkt. 56 ("Scheduling Order"). The grounds for this Joint Motion are as follows:

1. Following transfer of this case from the United States District Court for the District of New Jersey to this Court, Plaintiffs filed an Amended Complaint ("FAC") in this action on May 17, 2021. (Dkt. 48.)

2. Pursuant to the order of the Court, the parties subsequently filed a Uniform Case Management Report on May 24, 2021. (*See* Dkt. 55.) On May 27, 2021, the Court entered its Scheduling Order setting forth the currently applicable deadlines in this case.

3. On June 8, 2021, Defendant filed a motion to dismiss Plaintiffs' FAC. (Dkt. 61.) After briefing on the motion to dismiss was complete, on September 15,

1

2021, the Court dismissed the FAC on the ground that it was a "shotgun pleading" and ordered Plaintiffs to file an amended complaint. (Dkt. 74.)

4. Plaintiffs filed their Second Amended Complaint ("SAC") on September 29, 2021, (Dkt. 75), and Defendant filed a motion to dismiss the SAC on October 13, 2021 (Dkt. 78). Plaintiffs' response to the motion to dismiss is currently not due until November 3, 2021.

5. Under the Court's Scheduling Order, Plaintiffs have an upcoming deadline of October 29, 2021 for disclosure of expert reports (if any) and the deadline for Defendant's disclosure follows on November 30, 2021. In light of Plaintiffs' filing of the SAC in late September and Defendant's recently filed motion to dismiss the SAC, the parties seek an extension of deadlines until a reasonable time after the pending motion has been fully briefed by both parties. Particularly, each of the parties seek a reasonable time to inform their experts about new issues and uncertainties raised in Defendant's recently filed motion.

6. As a result of the pending motion, the parties respectfully submit that judicial efficiency would be furthered by a brief, 60-day extension of the current deadlines to allow for a full briefing of the motion and/or decision on the pending motion to dismiss.

WHEREFORE the parties jointly request that this Court enter an order extending the unexpired deadlines set forth in the Scheduling Order by 60 days or such other period as the Court may order.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs and the Defendant represent that they agree to the relief requested in this Joint Motion.

DATED:  October 26, 2021  Respectfully submitted,

HACH ROSE SCHIRRIPA & CHEVERIE LLP

By: s/*Hillary M. Nappi*
Frank R. Schirripa, *Pro Hac Vice*
Hillary M. Nappi, *Pro Hac Vice*
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
hnappi@hrsclaw.com

MARSH LAW FIRM PLLC

By: s/*Margaret E. Mabie*
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie, *Pro Hac Vice*
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiffs*

FOCAL PLLC

By: s/*Stacia N. Lay*
Stacia N. Lay, *Pro Hac Vice*
Venkat Balasubramani, *Pro Hac Vice*
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
stacia@focallaw.com
venkat@focallaw.com

THOMAS & LoCICERO PL

By: s/*James J. McGuire*
James J. McGuire (FBN 187798)
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
jmcguire@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Dr., Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3416
dabratt@tlolawfirm.com

*Attorneys for Defendant Omegle.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

s/*Stacia N. Lay*
Stacia N. Lay