# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM, LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A**
**REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Defendant Omegle.com, LLC hereby moves for leave to file a reply memorandum in response to Plaintiffs' Opposition to Defendant Omegle.com, LLC's Motion to Dismiss Plaintiffs' Complaint (Dkt. 81) ("Plaintiffs' Opposition")—not to exceed 11 pages—within seven (7) days of an order granting leave to file or other deadline set by the Court. In support of this Motion, Omegle states as follows:

1.      On October 13, 2021, Omegle filed its Motion to Dismiss the Second Amended Complaint Pursuant to FED. R. CIV. P. 12(b)(6) and supporting memorandum ("Motion to Dismiss") seeking dismissal with prejudice of Plaintiffs' Second Amended Complaint ("SAC") in its entirety. (Dkt. 78.)

2.      On November 3, 2021, Plaintiffs filed their Opposition to Omegle's Motion to Dismiss. (Dkt. 81.)

3.      Omegle respectfully requests leave to file a reply memorandum— not to exceed 11 pages—in order to address certain legal characterizations and

1

arguments made in Plaintiffs' Opposition. Under these circumstances, and given the complex issues raised by Plaintiffs' SAC and discussed in Plaintiffs' Opposition, a reply memorandum will assist the Court in its consideration of these issues and in deciding the Motion to Dismiss.

4. Local Rule 3.01(d) provides that "no party may file a reply directed to a response" without seeking leave of the Court, which request must specify the need for, and the length of, the proposed reply.

5. Here, Omegle respectfully submits that a reply memorandum directed at Plaintiffs' Opposition to the Motion to Dismiss is necessary for a complete and fair presentation of the issues for resolution by the Court.

6. For example, Plaintiffs' SAC alleges claims for alleged violation of federal criminal child pornography and sex trafficking statutes. Those claims raise complex issues regarding the interaction of (a) those criminal statutes, (b) the civil remedy statutes based on those criminal statutes, and (c) the immunity afforded by Section 230 of the Communications Decency Act. These issues were initially identified and discussed in Omegle's opening brief on its Motion to Dismiss. However, Omegle contends that Plaintiffs' characterization of these issues in their Opposition is incorrect and inconsistent with applicable law and governing pleading standards. Moreover, there have been developments in the cases addressing those issues even since Omegle's opening brief that warrant discussion. Therefore, Omegle believes that a reply memorandum addressing Plaintiffs' assertions on those issues, as well as those relating to their claims under the Video Privacy Protection Act and state law, would assist in fully

presenting the issues to be decided by the Court on Omegle's Motion to Dismiss.

7. This Motion is made in good faith and is not intended to burden the Court with unnecessary briefing but rather to ensure the Court has the information necessary to decide the issues presented by Plaintiffs' SAC, Omegle's Motion to Dismiss, and Plaintiffs' Opposition.

8. Plaintiffs have indicated that they do not take a position on this Motion.

WHEREFORE, Omegle respectfully requests that the Court grant Omegle leave to file a reply memorandum—not to exceed 11 pages—responding to Plaintiffs' Opposition, within seven (7) days of an order granting leave to file or other deadline set by the Court.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant Omegle.com, LLC represents that they have conferred with counsel for Plaintiffs and Plaintiffs have indicated that they do not take a position on the relief requested in this Motion.

DATED:   November 8, 2021          Respectfully submitted,

FOCAL PLLC

By: s/ *Stacia N. Lay*
   Stacia N. Lay, *Pro Hac Vice*
   Venkat Balasubramani, *Pro Hac Vice*
   900 1st Avenue S., Suite 201
   Seattle, Washington 98134
   Telephone: (206) 529-4827
   stacia@focallaw.com
   venkat@focallaw.com

THOMAS & LoCICERO PL

By: s/ *James J. McGuire*
   James J. McGuire (FBN 187798)
   601 South Boulevard
   Tampa, Florida 33606
   Telephone: (813) 984-3060
   jmcguire@tlolawfirm.com

   Daniela B. Abratt (FBN 118053)
   915 Middle River Dr., Suite 309
   Fort Lauderdale, Florida 33304
   Telephone: (954) 703-3416

dabratt@tlolawfirm.com

*Attorneys for Defendant Omegle.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

s/ *Stacia N. Lay*
Stacia N. Lay