**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**DECLARATION OF STACIA N. LAY IN SUPPORT OF**
**DEFENDANT'S MOTION TO STAY DISCOVERY**

I, Stacia N. Lay, declare and state as follows:

1. I am an attorney at Focal PLLC and represent Defendant Omegle.com LLC ("Omegle") in this action. I am over 18 years of age. This Declaration is based upon personal knowledge unless otherwise stated, in which case I believe the information to be true.

2. In accordance with the current case deadlines set by the Court in its Case Management and Scheduling Order (Dkt. 56) ("Scheduling Order"), Plaintiffs and Omegle served their expert disclosures on, respectively, October 29, 2021, and November 30, 2021.

3. Additionally, although Omegle's motion to dismiss Plaintiffs' Second Amended Complaint in its entirety is pending, given the January 24th discovery deadline set forth in the Scheduling Order, Omegle served two initial sets of discovery requests on Plaintiffs on December 7, 2021. As of the filing of the present Motion to Stay Discovery, Plaintiffs had not served discovery

1

requests on Omegle. Additionally, although the parties have begun discussing deposition scheduling and procedure, no depositions have been noticed as of this filing.

4. Pursuant to Local Rule 3.01(g), counsel for the parties held a meet and confer by telephone on December 10, 2021, to discuss Omegle's anticipated motion to stay discovery pending decision on the pending motion to dismiss. After that call, the parties exchanged further emails continuing the discussion. As stated in the Local Rule 3.01(g) Certification in Omegle's Motion to Stay Discovery, Plaintiffs indicated that they would not agree to a request to stay discovery entirely. The parties also discussed in general terms as an alternative, an extension of the discovery deadline and, possibly, the mediation deadline to allow for discovery which could make the mediation more productive. However, the parties did not reach agreement on the relief requested in Omegle's Motion to Stay Discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of December, 2021, at Seattle, Washington.

s/ *Stacia N. Lay*  
STACIA N. LAY

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system.

s/ *Stacia N. Lay*
Stacia N. Lay
