UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H.,<br><br>Plaintiffs,<br><br>v.<br><br>OMEGLE.COM LLC,<br><br>Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**DEFENDANT'S UNOPPOSED MOTION FOR
<u>ADMISSION *PRO HAC VICE* OF KIMBERLEE GUNNING</u>**

In accordance with Local Rule 2.01 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kimberlee Gunning of Focal PLLC, for purposes of appearing as counsel on behalf of Defendant Omegle.com LLC ("Omegle") in this case, and to permit Kimberlee Gunning to receive electronic filings in this case. In support of this Motion, the undersigned states as follows:

1. Kimberlee Gunning is an attorney at Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134, (206) 529-4827, and has been retained to represent Omegle as counsel in all proceedings conducted in this action.

2. Kimberlee Gunning is a member in good standing of the Washington State Bar. She is also admitted in the following United States courts and the highest court(s) of the following state(s): the courts of Washington State (2004); the United States District Court for the Western District of Washington (2004); the United States District Court for the Eastern District of Washington (2016); the United States Court of Appeals for the Ninth Circuit (2008); and the United States Court of Appeals for the Tenth Circuit (2012).

3. Kimberlee Gunning is not a Florida resident or a member of the Florida Bar and is not admitted to practice in the Middle District of Florida. Ms. Gunning does not make frequent or regular appearances in separate cases to such a degree as to constitute maintenance of a regular practice of law in the State of Florida. Ms. Gunning has not initially appeared in any state or federal court in Florida in the last 36 months.

4. Kimberlee Gunning is familiar with the Federal Rules of Civil Procedure and the Local Rules for the United States District for the Middle District of Florida, including Local Rules 2.02 and 2.04. She will comply with the e-mail registration requirements of this Court and contemporaneously with this filing will pay the required admission fee of Local Rule 2.01. Ms. Gunning, therefore, meets the requirements for special admission under Local Rule 2.01.

5. Movant, James J. McGuire of Thomas & LoCicero PL, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to serve as local counsel for Omegle. Accordingly, service of all required notices and papers may be provided and served upon Omegle at the following address:

> James J. McGuire
> Florida Bar No. 187798
> 601 South Boulevard
> Tampa, FL 33606
> Telephone: (813) 984-3060
> Facsimile: (813) 984-3070
> Primary: jmcguire@tlolawfirm.com
> Secondary: tgilley@tlolawfirm.com

6. Kimberlee Gunning, by and through undersigned counsel, hereby requests the Court to provide notices of electronic filings to Kimberlee Gunning at the email address kim@focallaw.com.

WHEREFORE, Defendant Omegle.com LLC moves this Court to enter an Order permitting Kimberlee Gunning to appear before this Court on behalf of Defendant for all purposes relating to the above-entitled matter and directing the Clerk to provide notices of electronic filings to Kimberlee Gunning.

### Local Rule 3.01(g) Certification

I, the undersigned counsel, hereby certify that, on behalf of movant, I conferred with Plaintiffs' counsel in good faith about the relief sought in this motion. Plaintiffs' counsel and I agreed on the resolution of the relief sought in the motion.

DATED:   December 28, 2021         Respectfully submitted,

THOMAS & LoCICERO PL

By:  s/ *James J. McGuire*
     James J. McGuire (FBN 187798)
     601 South Boulevard
     Tampa, Florida 33606
     Telephone: (813) 984-3060
     jmcguire@tlolawfirm.com

     Daniela B. Abratt (FBN 118053)
     915 Middle River Dr., Suite 309
     Fort Lauderdale, Florida 33304
     Telephone: (954) 703-3416
     dabratt@tlolawfirm.com

     *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2021, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system.

*s/ James J. McGuire*
James J. McGuire

4