UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., on behalf of their
minor child, C.H.,

      Plaintiffs,

v.                                   CASE No. 8:21-cv-814-VMC-TGW

OMEGLE.COM LLC,

      Defendant.

## ORDER

THIS CAUSE came on for consideration upon the Defendant's Unopposed Motion for Admission *Pro Hac Vice* of Kimberlee Gunning (Doc. 87). The applicant certifies that she has reviewed, and will abide by, the Local Rules of the Middle District of Florida.

It is, therefore, upon consideration,

ORDERED:

That the Defendant's Unopposed Motion for Admission *Pro Hac Vice* of Kimberlee Gunning (Doc. 87) be, and the same is hereby, **GRANTED**. Counsel shall promptly comply with the email registration requirement of Local Rule 2.01(b)(1)(G).

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 28th day of December, 2021.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE