**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

**JOINT MOTION TO CONDUCT MEDIATION BY REMOTE MEANS**

Plaintiffs and Defendant hereby jointly move this Court for an Order permitting the parties to conduct the mediation – currently scheduled for January 28, 2022 at the offices of the mediator, Gregory Holder, in Tampa, Florida – by remote means, specifically video conferencing. The parties have consulted with the mediator, Mr. Holder, who has confirmed that he has no objection to conducting the mediation by remote means, subject to the Court's approval. The grounds for this Joint Motion are as follows:

1.  Pursuant to the Court's Case Management and Scheduling Order (Dkt. 56), which set a January 31, 2022 deadline for the parties to engage in mediation, the parties scheduled mediation with mediator Gregory Holder for January 28, 2022. The mediation is currently scheduled to take place in person at the offices of Mr. Holder in Tampa, Florida.

2.  Because the majority of the mediation participants are located outside Florida, conducting an in-person mediation will require travel by most of

the participants. Specifically, Plaintiffs and lead counsel for Plaintiffs must travel from the Northeast and lead counsel for Defendant must travel from the Pacific Northwest.

    3.     In addition to health and safety concerns with the ongoing COVID pandemic, reports indicate that the omicron variant continues to spike in numerous areas of the United States, including most notably, Florida.

    4.     For example, news reports state that Florida remains on the top 10 list where the virus is spreading fastest on a per-person basis, and Florida jumped up several spots higher on that list just since New Year's Day. (*See* https://www.jacksonville.com/story/news/2022/01/03/covid-florida-omicron-list-states-virus-spreading-fastest/9076265002/ (last visited January 5, 2022).) Other news reports also state that Florida leads the country in new COVID cases, with 250,000 cases reported just in the week before January 1st, and that spike is not estimated to peak until mid-January. (*See* https://www.abcactionnews.com/news/coronavirus/omicron-will-peak-in-next-two-weeks-florida-health-expert-says (last visited January 5, 2022); *see also* https://www.nbcnews.com/news/us-news/us-reaches-1-million-daily-covid-cases-spread-omicron-variant-rcna10866 (last visited January 5, 2022) (reporting that COVID cases in Florida rose by 744 percent in the last two weeks); https://www.tampabay.com/news/health/2021/12/30/tampa-opens-a-second-testing-site-at-al-barnes-park/ (last visited January 5, 2022) (reporting on the omicron variant surge in Tampa).)

5. Therefore, requiring travel from various parts of the United States to Florida by many of the participants to the mediation presents significant health risks both to the participants and others coming into contact with the participants during their travel to and from the mediation, as well as upon their return to the various sections of the United States where they are located.

6. Moreover, it is not only a general concern about the risks posed by COVID and the omicron variant, although those risks are significant. While all parties are prepared to comply with the Court's order to attend mediation in person, multiple individuals in Plaintiffs' counsel's firm have had COVID recently. As a result, the Marsh Law Firm is taking extremely cautionary measures at this time, including avoiding travel where possible. Plaintiffs' family members also recently recovered from COVID. Plaintiff M.H. will also have to travel away from her minor children to attend the mediation. Plaintiff M.H. is unsure whether schools will go virtual at the present time, as many of the schools in the state she resides in are switching to virtual or hybrid methods. Further, Plaintiffs' counsel, Margaret Mabie is asthmatic and this health-related risk may make her more susceptible to hospitalization from COVID.

7. All parties join in this request. Further, the parties consulted with the mediator, Mr. Holder, who confirmed that he has no objection to conducting the mediation by remote means (i.e., Zoom or similar videoconferencing platform), subject to the Court's approval.

WHEREFORE the parties jointly request that this Court enter an Order permitting the parties to conduct the mediation – currently scheduled for

January 28, 2022 – by remote means such as via Zoom or similar videoconferencing platform.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs and Defendant represent that they agree to the relief requested in this Joint Motion.

DATED:   January 6, 2022                                        Respectfully submitted,

HACH ROSE SCHIRRIPA & CHEVERIE LLP

By:  s/*Hillary M. Nappi*
Frank R. Schirripa, *Pro Hac Vice*
Hillary M. Nappi, *Pro Hac Vice*
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311
fschirripa@hrsclaw.com
hnappi@hrsclaw.com

MARSH LAW FIRM PLLC

By:  s/*Margaret E. Mabie*
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie, *Pro Hac Vice*
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiffs*

FOCAL PLLC

By:  s/*Stacia N. Lay*
Stacia N. Lay, *Pro Hac Vice*
Venkat Balasubramani, *Pro Hac Vice*
Kimberlee Gunning, *Pro Hac Vice*
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
stacia@focallaw.com
venkat@focallaw.com

THOMAS & LoCICERO PL

By:  s/*James J. McGuire*
James J. McGuire (FBN 187798)
601 South Boulevard
Tampa, Florida 33606
Telephone: (813) 984-3060
jmcguire@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Dr., Suite 309
Fort Lauderdale, Florida 33304
Telephone: (954) 703-3416
dabratt@tlolawfirm.com

*Attorneys for Defendant Omegle.com LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2022, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system.

s/*Stacia N. Lay*
Stacia N. Lay
