UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| M.H. and J.H., on behalf of their minor child C.H., <br><br> Plaintiffs, <br><br> v. <br><br> OMEGLE.COM LLC, <br><br> Defendant. | Case No. 8:21-cv-00814-VMC-TGW |

## KIMBERLEE GUNNING'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR OMEGLE.COM LLC

Pursuant to Local Rule 2.02(c), Attorney Kimberlee Gunning ("Gunning") of Focal PLLC files this Motion to Withdraw as Counsel for Defendant Omegle.com LLC ("Omegle") and in support thereof, states as follows.

1. Attorney Gunning was admitted pro hac vice into the Middle District of Florida on December 29, 2021.

2. The law firm of Thomas & LoCicero PL and its attorneys James J. McGuire and Daniela B. Abratt will continue to represent Omegle in this matter, as will the law firm of Focal PLLC and its attorneys Stacia N. Lay (admitted pro hac vice) and Venkat Balasubramani (admitted pro hac vice).

3. No party will be prejudiced by this withdrawal. Omegle has been

1

informed of Gunning's intent to withdraw as counsel in this action and consents to the withdrawal. Plaintiffs' counsel has been advised of Gunning's intention to file this motion to withdraw as counsel and does not object to it.

WHEREFORE, Kimberlee Gunning respectfully requests entry of an order granting this motion to withdraw as counsel of record in this case, permitting her to withdraw as counsel, removing her from receiving the Court's electronic notification (CM/ECF), and directing the Clerk to serve all future orders and pleadings on Omegle's remaining counsel of record.

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

Pursuant to Local Rule 2.02(c)(1)(B), the undersigned counsel represents that Omegle consents to her withdrawal as counsel in this matter.

*s/ Kimberlee Gunning*
Kimberlee Gunning

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel represents that she has conferred with counsel for Plaintiffs who indicated they do not oppose Kimberlee Gunning's motion to withdraw as counsel.

*s/ Kimberlee Gunning*
Kimberlee Gunning

| | |
|---|---|
| DATED: January 18 2023 | Respectfully submitted, |
| FOCAL PLLC | THOMAS & LoCICERO PL |
| By: s/ *Kimberlee Gunning*<br>　　Kimberlee Gunning, *Pro Hac Vice*<br>　　Stacia N. Lay, *Pro Hac Vice*<br>　　Venkat Balasubramani, *Pro Hac Vice*<br>　　900 1st Avenue S., Suite 201<br>　　Seattle, Washington 98134<br>　　Telephone: (206) 529-4827<br>　　kim@focallaw.com<br>　　stacia@focallaw.com<br>　　venkat@focallaw.com | By: s/ *James J. McGuire*<br>　　James J. McGuire (FBN 187798)<br>　　601 South Boulevard<br>　　Tampa, Florida 33606<br>　　Telephone: (813) 984-3060<br>　　jmcguire@tlolawfirm.com<br><br>　　Daniela B. Abratt (FBN 118053)<br>　　915 Middle River Dr., Suite 309<br>　　Fort Lauderdale, Florida 33304<br>　　Telephone: (954) 703-3416<br>　　dabratt@tlolawfirm.com |

*Attorneys for Defendant Omegle.com LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 18 2023, a true and correct copy of the foregoing will be served electronically through the Clerk of Court's CM/ECF filing system.

　　　　　　　　　　　　　　　　　　　　　　　　s/ *Kimberlee Gunning*
　　　　　　　　　　　　　　　　　　　　　　　　Kimberlee Gunning

3