UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.H. and J.H., *etc.*
Plaintiffs,
v.                                           CASE NO. 8:21-cv-814-VMC-TGW
OMEGLE.COM LLC
Defendant.
_____/

ORDER

THIS CAUSE came on for consideration upon Kimberlee Gunning's Unopposed Motion to Withdraw as Counsel for Omegle.Com LLC (Doc. 94). Attorneys with the law firms of Thomas & LoCicero PL and Focal PLLC continue to represent the defendant.

It is, therefore, upon consideration,

ORDERED:

That Kimberlee Gunning's Unopposed Motion to Withdraw as Counsel for Omegle.Com LLC (Doc. 94) is **GRANTED**. Accordingly, attorney Kimberlee Gunning is **RELIEVED** of further representation of the defendant.

DONE and ORDERED at Tampa, Florida, this 19th day of January, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE